No. 14–0384/AF.   U.S. v. Patrick J. Huey, Jr.   CCA 38139.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted February 24, 2014.

Wednesday, February 5, 2014

No. 14–0033/AF.   U.S. v. Anthony L.W. Peacock.   CCA 38043.   Review granted on the following issue:

>   WHETHER THE COURT OF CRIMINAL APPEALS PANEL THAT REVIEWED THIS CASE WAS PROPERLY CONSTITUTED.

No briefs will be filed under Rule 25.

